# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP SURENOVICH BASMADZHYAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>　　　　Defendant. | No. 2:23-CV-1730 JAK (MARX)<br><br>**ORDER RE STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL (DKT. 23)**<br><br>**JS-6:** Case Dismissed |

Based on a review of the parties' Stipulation of Dismissal and Order of Dismissal (Dkt. 23, the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is dismissed without prejudice.  Each party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  September 29, 2023         _____

John A. Kronstadt

United States District Judge